```
                                    ___ FILED        ___ ENTERED
                                    ___ LODGED       ___ RECEIVED

                                         NOV 02 2012      LK
                                              AT SEATTLE
                                     CLERK U.S. DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
                                                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR12 NO. 333 MAT |
| v. | ) | |
| DMITRI MUGIANIS, ROBERT PAYNE, and MICHAEL MCKENNA, | ) | INFORMATION (Misdemeanor) |
| Defendants. | ) | |

The United States Attorney charges:

## COUNT 1
**(Possession of a Controlled Substance)**

On or about March 8, 2011, within the Western District of Washington, DIMITRI MUGIANIS, ROBERT PAYNE, MICHAEL MCKENNA, and others, did knowingly and intentionally possess, and aid and abet the possession of, a controlled substance, Ibogaine.

All in violation of Title 21, United States Code, Section 844, and Title 18, United States Code, Section 2.

DATED this 2nd day of Nov., 2012.

JENNY A. DURKAN
United States Attorney

SARAH VOGEL/ ROGER ROGOFF
Assistant United States Attorneys