Judge James P. Donohue

\_\_\_\_FILED          \_\_\_\_ENTERED
\_\_\_\_LODGED       \_\_\_\_RECEIVED

MAR 26 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR12-333 JPD |
|---|---|
| Plaintiff | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| DIMITRI MUGIANIS, | |
| Defendant. | |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and based upon the guilty plea of DIMITRI MUGIANIS to the offense of Possession of a Controlled Substance, Ibogaine, as charged in Count One of the Information, in violation of Title 21, United States Code, Section 844 upon the terms of the Plea Agreement filed in this matter between DIMITRI MUGIANIS and the United States, it is hereby

ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 881(a)(6) and Title 28, United States Code, Section 2461(c), DIMITRI MUGIANIS shall forfeit the following property to the United States of America:

a.  $4,000 in United States currency;

The Court finds that the property listed above is subject to forfeiture because it is money furnished or intended to be furnished in exchange for the controlled substance possessed by the

Preliminary Order of Forfeiture

U.S. v. Mugianis (CR12-333 JPD) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defendant; is proceeds traceable to such an exchange; and/or was used or intended to be used to facilitate the Possession of Ibogaine as charged in Count One of the Information.

IT IS FURTHER ORDERED that the United States Marshals Service shall seize the above-listed asset and maintain such seized property in its custody and control until further order of this Court, or until this Order becomes final pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law. The notice shall run be posted on an official government website for at least thirty (30) days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-described property must file a petition with the Court within sixty (60) days of the first day of publication of notice on an official internet government forfeiture website, currently www.forfeiture.gov, or within thirty-five (35) days of receipt of actual notice, whichever is earlier.

The notice shall advise such interested person that:

1. the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such property;
2. the petition shall be signed by the petitioner under penalty of perjury; and
3. the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property

The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought. Pursuant to the plea agreement between the parties, the defendant waives any right to have had prior notice of the forfeiture of the above described property in the indictment.

The United States shall also, to the extent possible, provide direct written notice as a substitute for the published notice to any person known to have alleged an interest in the above-described property, which is the subject of this Preliminary Order of Forfeiture. Upon adjudication of any third-party claims, this court will enter a Final Order of Forfeiture pursuant

Preliminary Order of Forfeiture

U.S. v. Mugianis (CR12-333 JPD) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all such claims will be addressed.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Based upon the Plea Agreement and the guilty plea entered by the defendant herein, the Court finds that the defendant had an interest in the forfeited property. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on any third party petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

IT IS FURTHER ORDERED that the United States shall have clear title to the above-described property following the Court's disposition of all third party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n) for the filing of third party petitions.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

//
//
//

Preliminary Order of Forfeiture

U.S. v. Mugianis (CR12-333 JPD) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of the Court is directed to send a copy of this Preliminary Order of Forfeiture to all counsel of record.

DATED this \_\_\_26th\_\_\_ day of \_\_\_March_____, 2013.

_____
JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

_____
ROGER S. ROGOFF
Assistant United States Attorney

_____
RICHARD E. COHEN
Assistant United States Attorney

_____
J. TONY SERRA
Attorney for Defendant

_____
DIMITRI MUGIANIS
Defendant

Preliminary Order of Forfeiture
U.S. v. Mugianis (CR12-333 JPD) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970